[pic]

 Court of Appeals for the
 First District of Texas at Houston

 Order Withdrawing Mediation Order

Appellate case name: N. Michael Hornsby v. Noram Drilling Company

Appellate case number: 01-12-00700-CV

Date motion filed: September 21, 2012

Type of Motion: Objection to Mediation

Party filing motion: Appellee

Trial court case number: 0837498

Trial court: 157th District Court of Harris County

 It is ORDERED that Appellee's objection to mediation is granted. We
withdraw

 our Mediation Order dated September 13, 2012.

Judge's signature: /s/ Evelyn V. Keyes
 x Acting individually

Date: September 28, 2012 1

[?] Absent emergency or a statement that the motion is unopposed, must
 wait ten days before acting on motion except for motion to extend time
 to file a brief. See Tex. R. App. P. 10.3(a).
Note: Single justice may grant or deny any request for relief properly
 sought by motion, except in a civil case a single justice should not:
 (1) act on a petition for an extraordinary writ or (2) dismiss or
 otherwise determine an appeal or a motion for rehearing. Tex. R. App.
 P. 10.4(a).